1  LAW OFFICES OF BILL LATOUR
2  JESSICA WARNER [CSBN: 257274]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
4       Telephone: (909) 954-2380
        Facsimile: (909) 796-3402
5       E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8               UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

10

11  MARION BYRNSIDE,                     )   No:  2:22-cv-09392-RAO
        Plaintiff,                       )
12                                       )
                                         )   [PROPOSED] ORDER AWARDING
13     v.                                )   EAJA FEES
                                         )
14                                       )
   KILOLO KIJAKAZI, Acting Commissioner  )
15  of Social Security,                  )
                                         )
16                                       )
        Defendant.                       )
17                                       )
                                         )
18

19

20      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

21      IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE

22  THOUSAND DOLLARS AND 00/100 ($5,000.00) and zero costs ($0.00), subject to

23  the terms of the stipulation.

24

25  DATE:  September 19, 2023       _Rozella a. Oliver_____

26                                 HON. ROZELLA A. OLIVER
                                   UNITED STATES MAGISTRATE JUDGE
27

28

-1-